Entered on Docket
April 30, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
mchen@ccfirm.com
Loan No.  xxxx1759 / Our File No. 10-02-2325-NV

Attorney for Secured Creditor
Green Tree Servicing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| SHEILA DAWN DURAN, ET AL. | CHAPTER 7<br>BANKRUPTCY NO.: 10-12460-MKN<br>DATE: April 21, 2010<br>TIME: 1:30 PM |
| Debtor(s) | |

### ORDER TERMINATING THE AUTOMATIC STAY
### RE: DEBTOR AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtor and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Green Tree Servicing, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 105 Fir St., Henderson, NV 89015, ("Property" herein) and legally described as follows:

-1-

LOT TWO HUNDRED THIRTY-TWO (232) IN BLOCK EIGHT (8) OF HENDERSON NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 4 OF PLAT, PAGE 9, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:    /s/ Michael W. Chen                Date: March 19, 2010
       Michael W. Chen, Esq.
       Attorney for Secured Creditor
       Green Tree Servicing, LLC

By:    SEE ATTACHED                       Date: _____
       Yvette Weinstein,
       Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, (and either with the motion) or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

                                       /s/ Max Erwin
                         An employee of The Cooper Castle Law Firm